# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL KROGER,<br><br>    Defendant. | 2:13-cr-00232-JAD-VCF<br><br>**ORDER** |

Before the court is Defendant's counsel's Motion to Withdraw as Counsel and/or Request for Appointment (#58).

IT IS HEREBY ORDERED that any opposition to Defendant's counsel's Motion to Withdraw as Counsel and/or Request for Appointment (#58) must be filed on or before February 12, 2016.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant's counsel's Motion to Withdraw as Counsel and/or Request for Appointment (#58) is scheduled for 1:00 p.m., February 17, 2016, in courtroom 3D.

DATED this 9th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE