FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:13-cr-00232-JAD-VCF |
| vs. ) | |
| MICHAEL KROGER, ) | |
| Defendant. ) | ORDER |

On February 17, 2016, this Court granted the defendant's request that new counsel be appointed as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Chris Rasmussen, Esq., is APPOINTED as counsel for Michael Kroger for all future proceedings.

DATED this ___17th___ day of February, 2016.

_____
CAM FERENBACH
United States Magistrate Judge