UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00232-JAD-VCF |
| Plaintiff, | ORDER |
| v. | (Mot Term Pretrial Supervis – ECF No. 76) |
| MICHAEL KROGER, | |
| Defendant. | |

Before the court is Defendant Michael Kroger's Motion to Terminate Direct Pretrial Supervision (ECF No. 76).  The motion represents both counsel for the government and Mr. Kroger's Pretrial Services supervisor concur that given his consistent history since being placed on supervision, direct Pretrial Services supervision is no longer required.

For good cause shown,

**IT IS ORDERED** that Defendant Michael Kroger's Motion to Terminate Direct Pretrial Supervision (ECF No. 76) is **GRANTED** and active supervision is terminated.  Michael Kroger shall advise Pretrial Services of any changes in residence, employment or contact with law enforcement within 72 hours of the occurrence.

DATED this 9th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE