# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL KROGER, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:13-cr-00232-JAD-VCF <br><br> **ORDER** <br><br> ECF No. 160 |

    Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for May 31, 2019 at the hour of 01:00 p.m., by vacated and continued to July 12, 2019, at the hour of 10:00 a.m.

    DATED this __28th__ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE