# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL KROGER,<br><br>    Defendant. | Case No. 2:13-cr-00232-JAD-VCF<br><br>ORDER<br><br>ECF No. 188 |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Reply to Government's Response to Motion for Compassionate Release, that the Defendant's Deadline to file his Reply is extended to July 16, 2020.

DATED this 6th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3